UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: | |
| Mandy M. Jones | Case No.: 18-10416 |
| | Chapter 7 |
| Debtor. | Chief Judge Robert E. Grant |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)**

The creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

  1541 Sabine Street, Huntington, IN 46750, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

  1. Mandy M. Jones (hereinafter "Debtor") filed a Chapter 7 case on March 21, 2018, (hereinafter the "Petition Date").

  2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

  3. The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated December 22, 2006 and made payable to the Creditor in the original sum of $40,000.00.  A copy of the Note is attached hereto as Exhibit "B".

18-009223_KKC

      4.      The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Huntington County Recordings Office on December 27, 2006. Evidence of perfection is attached as Exhibit "A".

      5.      Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

      6.      As of March 23, 2018, the outstanding principal of the Note was $37,500.49 and the outstanding interest was $1,575.80.  As of March 23, 2018, the approximate payoff of the loan in question, consisting of the outstanding principal, interest, escrow advances and corporate advance is $42,499.30.

      7.      The Property is burdensome and/or of inconsequential value and benefit to the estate.  Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

      a.      Debtor has no equity in the Property.  Creditor believes that the Property has a value of $38,500.00 based on Assessor's value, which is attached hereto as Exhibit "C".  The balance on Creditor's first mortgage exceeds the value of the Property.  Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

      b.      The Creditor is not being adequately protected.  Per the Note and Mortgage, payments are applied to the last month due.  Based on the foregoing, Debtor has failed to make periodic payments to Creditor since October 1, 2017 through March 23, 2018.

      c.      Debtor intends to surrender the Property located at 1541 Sabine Street, Huntington, IN 46750 according to the Statement of Intent filed.

      8.      The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 14 days of the date of this notice.  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

> **Fort Wayne**
> 1300 South Harrison Street
> Room 1188
> Fort Wayne, IN  46802-3435

The objecting party must ensure delivery of the objection to the party filing the motion.  If an objection is NOT timely filed, the requested relief and abandonment may be granted.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

> Respectfully submitted,
>
> /s/ Sarah E. Barngrover
> Sarah E. Barngrover (28840-64)
> Edward H. Cahill (0088985)
> Adam B. Hall (0088234)
> John R. Cummins (11532-10)
> Amy E. Gardner (93532)
> Manley Deas Kochalski LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-220-5611; Fax: 614-627-8181
> Attorney for Creditor
> The case attorney for this file is Sarah E. Barngrover.
> Contact email is sebarngrover@manleydeas.com

18-009223_KKC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

- Nancy Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349, 574-236-8105

- Martin E. Seifert, 444 East Main Street, Fort Wayne, IN  46802

- Jeffrey S Arnold, Attorney for Mandy M. Jones, 209 W. Van Buren Street, Columbia City, IN 46725, jsarnold@jeffarnoldlaw.com

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on April 27, 2018.

/s/ Sarah E. Barngrover

18-009223_KKC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-1<br>Case 18-10416-reg<br>Northern District of Indiana<br>Fort Wayne Division<br>Mon Apr  2 15:31:57 EDT 2018 | Alliance One<br>1684 Woodlands Drive, Ste. 150<br>Maumee, OH 43537-4026 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| Jeffrey S. Arnold (CC)<br>Jeffrey S. Arnold, Attorney at Law<br>209 W. Van Buren Street<br>Columbia City, IN 46725-2037 | Sarah E. Barngrover<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Bowen Center<br>2860 Northpark Avenue<br>Huntington, IN 46750-9700 |
| Capital  One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Auto Finance<br>a division of Capital One, N.A. Dept.<br>AIS Portfolio Services, LP<br>Account: XXXXXXXXX9503<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Fort Wayne Radiology<br>Post Office Box 5602<br>Fort Wayne, IN 46895-5602 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
| Great Lakes Anesthesia, PC<br>P.O. Box 3055<br>Indianapolis, IN 46206-3055 | (p)HUNTINGTON COUNTY TREASURER<br>201 N JEFFERSON ST<br>ROOM 104<br>HUNTINGTON IN 46750-2841 | Indiana Department of Revenue<br>Bankruptcy Section - MS 108<br>100 North Senate Avenue, N240<br>Indianapolis IN 46204-2231 |
| Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Mandy M Jones<br>1541 Sabine Street<br>Huntington, IN 46750-2432 | MSCB<br>P.O. Box 1567<br>Paris, TN 38242-1567 |
| Manley, Deas & Kochalski, LLC<br>P.O. Box 441039<br>Indianapolis, IN 46244-1039 | Mr. Cooper<br>PO Box 650783<br>Dallas, TX 75265-0783 | Nationstar Mortgage<br>P.O. Box 650783<br>Dallas, TX 75265-0783 |
| OneMain Financial<br>300 St Paul Place - BSP05C<br>Baltimore, MD 21202-2120 | Parkview Huntington Hosptial<br>2001 Stults Rd<br>Huntington, IN 46750-1291 | Parkview Physicians Group<br>3810 New Vision Dr<br>Fort Wayne, IN 46845-1708 |
| Professional ER Physicians<br>3640 New Vision Dr., Ste. A<br>Fort Wayne, IN 46845-1717 | Professional Recovery<br>7319 West Jefferson Blvd.<br>Fort Wayne, IN 46804-6237 | Robert M. Crane<br>916 Main Street<br>PO Box 151684<br>Anderson, IN 46015-1684 |
| Martin E. Seifert<br>444 East Main Street<br>Fort Wayne, IN 46802-1911 | Specialized Loan Servicing<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Teachers Credit Union<br>Cardmember Services<br>PO Box 3331<br>Omaha, NE 68103-0331 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americollect                          Huntington County Treasurer
PO Box 1690                           Courthouse Square
Manitowoc, WI 54221-1690              Huntington IN 46750
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC d/b/a Mr. Cooper      End of Label Matrix
                                                 Mailable recipients   29
                                                 Bypassed recipients    1
                                                 Total                 30
```